IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

SOUTHEAST MENTAL HEALTH CENTER, )
INC., )
 )
  Plaintiff, )
 )
v. ) No. 04-2513 Ml/V
 )
PACIFIC INSURANCE COMPANY, LTD., )
 )
  Defendant. )

---

### ORDER GRANTING MOTION FOR CONTINUANCE,
### and
### ORDER SETTING TELEPHONE CONFERENCE

---

Before the Court is Plaintiff's Motion for Continuance and Amendment of Order Setting Trial and Pretrial Dates and Scheduling Order, filed April 14, 2005. Good cause having been shown, the motion is GRANTED.

The Court hereby sets a telephone conference for <u>Thursday, May 26, 2005, at 9:30 a.m.</u>, to set a new trial schedule in this case. Plaintiff shall initiate the call with all parties on the line.

So ORDERED this 11th day of May, 2004.

          JON P. McCALLA
          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02513 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT