IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
SOUTHEAST MENTAL HEALTH CENTER, )
INC.,                           )
                                )
     Plaintiff,                 )
                                )
v.                              )   No. 04-2513 Ml/V
                                )
PACIFIC INSURANCE COMPANY, LTD.,)
                                )
     Defendant.                 )
```

## ORDER SETTING TRIAL DATES

Pursuant to the discussion during the parties' May 26, 2005, telephone conference, the Court hereby sets the following trial dates in this case:

Trial: <u>Monday, March 27, 2006, at 9:30 a.m.</u>

Pretrial Conference: <u>Friday, March 17, 2006, at 9:00 a.m.</u>

Pretrial Order: <u>Friday, March 10, 2006, by 4:30 p.m.</u>

So ORDERED this 26th day of May, 2004.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02513 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT