IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY /D/ D.C.

05 OCT 19 AM 9:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SOUTHEAST MENTAL HEALTH CENTER, INC.,
a Tennessee not-for-profit corporation,

　　　Plaintiff,

vs.

Cause No. 04-2513 Ml V

PACIFIC INSURANCE COMPANY, LIMITED,

　　　Defendants.

## ORDER GRANTING
## MOTION TO AMEND SCHEDULING ORDER

For good cause shown:

　　　IT IS HEREBY ORDERED that the Discovery Deadline in this matter is extended to November 20, 2005.

_____
Diane K. Vescovo
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

DATE: October 18, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02513 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT