```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```
_____

SOUTHEAST MENTAL HEALTH CENTER, )
INC., )
 )
    Plaintiff, )
 )
v. ) No. 04-2513 Ml/V
 )
PACIFIC INSURANCE COMPANY, LTD, )
 )
    Defendant. )
 )
_____

**JUDGMENT**
_____

**JUDGMENT BY COURT.**  This action having come before the Court on the parties' Consent Order of Dismissal with Prejudice,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Consent Order of Dismissal with Prejudice, entered August 17, 2006, this case is DISMISSED with prejudice.

APPROVED:


/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT


August 17, 2006
Date